IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **DERRICK CONRAD** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:15CV77** |
| | § | |
| **WAYNE KRC**, *et al*. | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendants' Motion to Stay Case (docket no. 8) has been presented for consideration. The Report and Recommendation (docket no. 16) recommends that the motion be granted and that the case be administratively closed. Plaintiff filed written objections to the Report and Recommendation on April 7, 2015 and Defendants filed a response to Plaintiff's objections on April 9, 2015.

Having made a *de novo* review of the written objections filed by Plaintiff and Defendants' response thereto, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. In light of the foregoing, it is

**ORDERED** that Defendants' Motion to Stay Case (doc. no. 8) is **GRANTED**. The case is **ADMINISTRATIVELY CLOSED** pending resolution of Plaintiff's criminal case. Plaintiff may seek to have the case placed back on the active docket by filing notice that the criminal charge has been resolved.

**SIGNED this 14th day of April, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE